# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 05-cr-2216 |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION FOR TRANSCRIPTS AND DIRECTING CLERK TO SEND DEFENDANT A COPY OF JUDGMENT** |
| vs. | |
| RAMON BANUELOS-MARTINEZ, | |
| Defendant. | |

Defendant Ramon Banuelos-Martinez has filed a motion for the transcripts of his sentencing hearing. The Court denies this request because defendant does not fit within the statutory provisions authorizing free transcripts to indigent defendants. However, the Court will provide defendant with a copy of the judgment entered in his criminal case.

28 U.S.C. § 753 authorizes the United States to pay the court reporter's fees for a transcript furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. 3006A), or in habeas corpus proceedings to individuals proceeding *in forma pauperis*. Defendant has not filed a habeas corpus petition. Defendant is also not entitled to a transcript pursuant to the Criminal Justice Act, which permits reimbursement to *attorneys* for transcripts authorized by the Court and other "expenses reasonably incurred." 18 U.S.C. 3006A(d)(1).

Because there is no statutory authorization for granting defendant's request, defendant's motion is DENIED. Defendant's expressed concern is that the Bureau of Prisons does not know the correct

//

1 length of his sentence. The judgment entered by the Court on May 31, 2007 noted defendant is
2 committed to custody for 24 months. (Doc. No. 32.) The Clerk of the Court is directed to send
3 defendant a copy of the judgment.

6 **DATED: June 30, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

9 **IT IS SO ORDERED.**

11
12 cc:        Counsel of Record, Robert A. Garcia

            Defendant Ramon Banuelos-Martinez, # 98318-198
13          F.C.C. Beaumont Low/Unit S-B
            P. O. Box 26020
14          Beaumont, TX   77720-6020